UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ALVERGIE ROGERS,** | ) | **Acknowledged** |
| | ) | TWP |
| Plaintiff, | ) | August 5, 2020 |
| | ) | |
| v. | ) CASE NO:  1:20-cv-01157-TWP-MPB | |
| | ) | |
| **DAMAR SERVICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiff Alvergie Rogers and Defendant Damar Services, Inc., by their respective counsel, stipulate and agree to the dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 4th day of August 2020.

FOR PLAINTIFF,
Jeanette Waters:

s/ *Paul A. Logan*
Paul A. Logan
John H. Haskin
John H. Haskin & Associates
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
jhaskin@jhaskinlaw.com
plogan@jhaskinlaw.com

FOR DEFENDANT,
Damar Services, Inc.:

s/ *Vince P. Antaki*
Vince P. Antaki
REMINGER CO., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
vantaki@reminger.com